UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 21-8034-WM

IN RE:
CRIMINAL COMPLAINT

_____/

FILED BY KJZ D.C.

Feb 4, 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

## ORDER TO UNSEAL COMPLAINT

This cause came before this Court on the government's Motion to Unseal. The Court being fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that the government's motion is hereby granted, and the Clerk of the Court shall unseal the Complaint in this case.

**DONE AND ORDERED** at West Palm Beach, Florida, this 4th day of February, 2021.

_____
WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE

cc: AUSA Marton Gyires